# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Salma Sosa                    Case Number: A02-103-27 CR (HRH)

Sentencing Judicial Officer:   H. Russel Holland, Senior U.S. District Court Judge

Date of Original Sentence:   November 20, 2003

Original Offense:   Possession/Distribution of a Controlled Substance

Original Sentence:   37 months jail, five years supervised release

Date Supervision Commenced: June 6, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for ____ years, for a total term of ____ years.
[X]   To modify the conditions of supervised release as follows:

That the defendant obtain a mental health evaluation and comply with any recommended treatment.

### CAUSE

The defendant has requested this modification.

Respectfully submitted,

**REDACTED SIGNATURE**

Travis Lyons
U.S. Probation/Pretrial Services Officer
Date: June 22, 2006

-1-

*Request for Modification of Conditions or Term*
*Name of Offender        :        Salma Sosa*
*Case Number              :        A02-103-27 CR (HRH)*

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge

Date: 6/22/06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Salma Sosa                          Docket No. A02-103-27 CR (HRH)

      I, _Salma Sosa_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision: The defendant obtain a mental health evaluation and comply with any recommended treatment.

Signed: _[signature]_           Date: 06-22-06
      Salma Sosa
      Probationer or Supervised Releasee

Witness: REDACTED SIGNATURE      Date: 6-22-06
      Travis Lyons
      U.S. Probation/Pretrial Services Officer