PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

RECEIVED
JAN 18 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Salma Sosa                     Case Number: A02-103-27 CR (HRH)

Sentencing Judicial Officer:    H. Russel Holland, Senior U.S. District Court Judge

Date of Original Sentence:      November 21, 2003

Original Offense:               Possession/Distribution of a Controlled Substance; Money Laundering

Original Sentence:              37 months jail, five years supervised release

Date Supervision Commenced: June 6, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

To participate in home confinement with Electronic Monitoring for a minimum of 90 and a maximum of 120 days.

### CAUSE

The defendant has had three positive urine tests (cocaine). She is currently employed and in a drug treatment program. The probation officer feels that the defendant's social situations are a direct result of her drug use and that home confinement will alleviate those social situations.

Respectfully submitted,

**REDACTED SIGNATURE**

Travis Lyons
U.S. Probation Officer
Date: January 17, 2007

-1-

*Request for Modification of Conditions or Term*
*Name of Offender        :        Salma Sosa*
*Case Number              :        A02-103-27 CR (HRH)*

Approved by:

_____
Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other:

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge

Date:

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

U.S.A. v Salma Sosa                              Docket No. A02-103-27 CR (HRH)

    I, __Salma Sosa__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision: **To participate in home confinement with Electronic Monitoring for a minimum of 90 and a maximum of 120 days.**

Signed: _[signature]_                              Date: 1-18-07
    Salma Sosa
    Probationer or Supervised Releasee

Witness: __REDACTED SIGNATURE__            Date: 1-18-07
    Travis Lyons
    U.S. Probation Officer