PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska



RECEIVED
APR 1 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Salma Sosa                Case Number: A02-103-27 CR (HRH)

Sentencing Judicial Officer:   H. Russel Holland, Senior U.S. District Court Judge

Date of Original Sentence:   November 21, 2003

Original Offense:   Possession of a Controlled Substance & Money Laundering

Original Sentence:   37 months jail and five years supervised release

Date Supervision Commenced: June 5, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant will reside at the Cordova Center for a period not exceed 60 days and will comply with all rules of the Cordova Center.

### CAUSE

The defendant has consumed cocaine on at least three occasions, with her last use being April, 9, 2007. She is currently in a drug treatment program and gainfully employed. Placement in the Cordova Center would allow her to continue a modified drug treatment program and maintain her employment employment.

Respectfully submitted,

**REDACTED SIGNATURE**

Travis Lyons
U.S. Probation/Pretrial Services Officer
Date: April 11, 2007

-1-

*Request for Modification of Conditions or Term*
*Name of Offender        :        Salma Sosa*
*Case Number             :        A02-103-27 CR (HRH)*

Approved by:

*Redacted Signature*

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

*Redacted Signature*

H. Russel Holland
Senior U.S. District Court Judge

Date: 4/11/07

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

U.S.A. v Salma Sosa                                    Docket No. A02-103-27 CR (HRH)

    I, _Salma Sosa_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

**The defendant will reside at the Cordova Center for a period not to exceed 60 days. During those 60 days she will abide by all rules of the Cordova Center, will participate in a drug treatment program, and will maintain employment.**

Signed: _Redacted Signature_                    Date: _4-11-07_
        SOSA, Salma
        Probationer or Supervised Releasee

Witness: _Redacted Signature_                    Date: _4-11-07_
        Travis Lyons
        U.S. Probation/Pretrial Services Officer