PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Salma Sosa                             Case Number: A02-103-27 CR (HRH)

Sentencing Judicial Officer:   H. Russel Holland, Senior U.S. District Court Judge

Date of Original Sentence:    November 20, 2003

Original Offense:             Possession/Distribution of a Controlled Substance

Original Sentence:            37 months jail, five years supervised release

Date Supervision Commenced: June 6, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant will refrain from possessing/consuming any alcoholic beverage and will participate in an Electronic Monitoring for a period not to exceed 180 days. During that time, the defendant will abide by all rules of the program and with the curfew set by the probation officer.

### CAUSE

The defendant has struggled remaining sober, especially when she goes out to the clubs. Having a nightly curfew should alleviate the problem and assist in her recovery. The defendant is currently in mental health and substance abuse treatment programs and is employed full time as a hairdresser. The probation officer feels that this is an adequate proposal that addresses the non-compliance issue as well as allows her to continue working and going to treatment.

*Request for Modification of Conditions or Term*
*Name of Offender        :        Salma Sosa*
*Case Number             :        A02-103-27 CR (HRH)*

Respectfully submitted,

**REDACTED SIGNATURE**

Travis Lyons
U.S. Probation/Pretrial Services Officer
Date:  October 3, 2007

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other:

**REDACTED SIGNATURE**

H. Russel Holland
Senior U.S. District Court Judge

Date: 10/9/07

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Salma Sosa                                         Docket No. A02103-27 CR (HRH)

    I, _Salma Sosa_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant will refrain from possessing/consuming any alcoholic beverage and will participate in an Electronic Monitoring for a period not to exceed 180 days. During that time, the defendant will abide by all rules of the program and with the curfew set by the probation officer.

Signed: _[signature]_                                       Date: _10/04/07_
        Salma Sosa
        Probationer or Supervised Releasee

Witness: **REDACTED SIGNATURE**                             Date: _10-4-07_
        Travis Lyons
        U.S. Probation/Pretrial Services Officer